# FILED

05/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0034

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## NO. DA 22-0034

LUSTRE OIL COMPANY LLC, and
EREHWON OIL & GAS, LLC
a Montana Professional Corporation,

Appellants,

v.

ANADARKO MINERALS, INC. and
A&S MINERAL DEVELOPMENT CO. LLC,

Appellees.

## ORDER GRANTING APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Pursuant to unopposed motion, and good cause appearing;

IT IS HEREBY ORDERED that Appellants are granted an additional thirty

(30) days from June 1, 2022, up to and including July 1, 2022, to file their opening

brief.

DATED this ___ day of May, 2022.

_____
Chief Justice/Justice
Montana Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 4 2022